# Lemery Greisler LLC
Attorneys at Law

Paul A. Levine, Member
plevine@lemerygreisler.com
(518) 433-8800 ext. 313

February 9, 2011

Clerk
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

   Re: Cominos, Robert & Anna
     Case No. 08-62819/Chapter 7

Dear Sir or Madam: ~~08-62819~~ 06-13297

I am the Chapter 7 Bankruptcy Trustee in this case.

In accordance with the U.S. Bankruptcy Court's Final Order of Distribution, enclosed please find my Trustee checks representing pro rata distribution to the following creditors:

| Claim No. | Creditor | Check No. | Amount |
|---|---|---|---|
| 6 | Cellular One<br>P.O. Box 16110<br>Duluth, NY 13753 | 108 | $2.73 |
| 18 | Verizon/RMCC<br>P.O. Box 6360<br>Syracuse, NY 13217 | 114 | $0.41 |
| 26 | eCAST Settlement Corporation assignee of<br>GE Money Bank/The GAP<br>P.O. Box 35480<br>Newark, NJ 07193 | 119 | $3.29 |
| 49 | Oakencraft Equine Clinic<br>880 Bridge Street<br>Ravena, NY 12143 | 136 | $0.45 |

Thank you for your attention.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
Enclosures

50 Beaver Street, Albany, NY 12207  Tel: (518) 433-8800  Fax: (518) 433-8823
60 Railroad Place, Saratoga Springs, NY 12866  Tel: (518) 581-8800  Fax: (518) 581-8823 • www.lemerygreisler.com