# Lemery Greisler LLC
Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

June 21, 2011

Clerk
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:    Cominos, Robert & Anna
        Case No. 06-13297/Chapter 7

Dear Sir or Madam:

I am the Chapter 7 Trustee in the above-referenced matter.

Please be advised that on February 9, 2011 check number 137 in the amount of $16.77 was issued to United Rentals (North America) Inc., United Rentals, Attn: R. Demassa, 1 Bic Drive, Shelton, CT 06484. It has been ninety (90) days since the check was issued and a stop payment was made on May 25, 2011.

Enclosed please find my check number 140 in the amount of $16.77 made payable to the Clerk, U.S. States Bankruptcy Court. This check is being forwarded to you as unclaimed dividends.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
Enclosure